JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVANO DELGADO, | CV 25-2370 PA (MBKx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| FEDERAL EXPRESS CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Court's December 31, 2025 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: December 31, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE